**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DAMON PARRISH HIPPS,**                                                              **PLAINTIFF**

**V.**                                           **CAUSE NO. 4:05CV190-M-B**

*CONSOLIDATED WITH*
                                                            **CAUSE NO. 4:05CV249-M-B**

**EMMITT SPARKMAN, "UNKNOWN" WEEKS,
"UNKNOWN" CHASE AND "UNKNOWN" STAPLETON,**          **DEFENDANTS**

## ORDER REQUIRING AMENDED WITNESS LIST

**UPON FURTHER REVIEW** of the file and record of this action, the undersigned finds plaintiff filed his Witness List [doc. 37] on August 8, 2006. Plaintiff lists six M.D.O.C. inmates, seven M.D.O.C. employees and one former inmate (Timothy Turner). In contravention of this Court's Order dated February 28, 2006 (which plaintiff attached as an exhibit to said Witness List), plaintiff failed to list the M.D.O.C. number for inmate Marvin Hoover. Additionally, plaintiff listed several inmates whose proposed testimony is duplicative.

With respect to witness Timothy Turner, plaintiff is hereby reminded that he is responsible for the attendance of this free-world witness. As such, Turner may only be subpoenaed if the proper witness/mileage fees are timely tendered by plaintiff along with completed subpoena forms, which are available in the prison law library.

As concerns the remaining six inmate witnesses the Court finds that most of proposed testimony would be cumulative. Inasmuch as plaintiff has shown that inmates Shannon Roland and Michael Wood (who presumably have knowledge of what happened the day of the incident and of plaintiff's attempts to inform prison officials ) are necessary witnesses, he shall be

allowed to have these inmates present at trial.

Lastly, plaintiff shall be limited to calling only two (2) M.D.O.C. employees who are not named as defendants in this action, namely Sharon D. Boss and Mark Anthony. Plaintiff claims these employees were present during the events which make the basis of his Complaint. The testimony of the other employees is unnecessary.

**THEREFORE, IT IS ORDERED** that at the appropriate time, the Clerk shall issue writs of *habeas corpus ad testificundum* for inmates Shannon Roland and Michael Wood only.

**IT IS FURTHER ORDERED** that defendants shall secure the appearance of Sharon D. Boss and Mark Anthony at the trial of this case.

No provision of this order shall be construed to limit plaintiff's right to call any witness listed by defendants.

**THIS**, the 28th day of August, 2006.

                                            **/s/ Eugene M. Bogen**
                                            **U. S. MAGISTRATE JUDGE**