IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DAMON PARRISH HIPPS                                                               PLAINTIFF

V.                                                                        CAUSE NO. 4:05CV190-M-B

*CONSOLIDATED WITH*
                                                                          CAUSE NO. 4:05CV249-M-B

EMMITT SPARKMAN, ET AL.,                                                         DEFENDANTS

## ORDER

**THE COURT** has considered plaintiff's unopposed Motion [doc. 47] for Judicial Order for Records and Transcripts and supporting Memorandum [doc. 48] and finds the motion should be granted only in part.

Essentially, plaintiff, a pauper, seeks copies of court documents and transcripts of state court proceedings, wherein defendants testified about facts that are apparently relevant to the issues in this case, namely their knowledge about the threat to plaintiff's safety. The documents submitted by plaintiff in support of the instant motion show the cost for transcription of only a portion of the proceedings sought total as much as $1,662.50. This Court has no authority to order state court reporters to transcribe state court proceedings without providing payment for same, and there are no funds to do that; so that portion of the request is hereby denied. However, counsel for defendants shall obtain certified copies of the court files for the two state court cases filed in Circuit Court of Sunflower County, Mississippi, Cause No.'s 2001-0086M and 2002-0092M, and serve them upon plaintiff on or before March 13, 2007. ***The cost of obtaining said***

*copies shall be taxed as court costs in this case.*

**SO ORDERED** this 20th day of February, 2007.

                                                    **/s/ Eugene M. Bogen**
                                                    **U. S. MAGISTRATE JUDGE**