# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DAMON PARRISH HIPPS**                                                                        **PLAINTIFF**

**V.**                                                                  **CAUSE NO. 4:05CV190-M-B**

*CONSOLIDATED WITH*
                                                               **CAUSE NO. 4:05CV249-M-B**

**EMMITT SPARKMAN, ET AL.,**                                                 **DEFENDANTS**

## ORDER

**BY ORDER** [doc. 53] Defendant Sparkman was ordered to provide to the Court for *in camera* inspection "any and all documents and/or other materials responsive to" Plaintiff's Interrogatories Nos. 7, 8 & 10. By these interrogatories, Plaintiff requested information regarding MDOC security policies and procedures for Security Threat Group Management ("S.T.G.M.") Unit 17 and other maximum security facilities. Specifically, Interrogatory No. 7 requested policies and procedures related to security measures taken during movement of inmates for outside recreation. Interrogatory No. 8 requested policies regarding equipment required to be maintained within perimeter security towers. Interrogatory No. 10 requested identification of documents related to all interrogatory responses. Defendant withheld the information requested by the foregoing interrogatories on the ground that S.T.G.M. policies are restricted due to public safety and/or security considerations.

The Court has conducted an *in camera* review of the Standard Operating Procedures governing S.T.G.M. submitted by Defendant in response to the aforementioned Order and finds that Plaintiff's specific requests are not covered by this information. And, in light of the obvious

security issue, Defendant's objection to production of this information is hereby **SUSTAINED**.

**SO ORDERED** this 26th day of April, 2007.

**/s/ Eugene M. Bogen**
**U. S. MAGISTRATE JUDGE**
