## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**DAMON PARRISH HIPPS**                                                  **PLAINTIFF**

**V.**                                                                      **CAUSE NO. 4:05CV190-M-B**

*CONSOLIDATED WITH*
                                                                     **CAUSE NO. 4:05CV249-M-B**

**EMMITT SPARKMAN, ET AL.,**                                        **DEFENDANTS**

### ORDER

**BEFORE THE COURT** is Plaintiff's Motion to Compel [doc. 77]. By this motion, Plaintiff requests that the Court issue rulings on his Motion for Imposition of Perjury Charges [doc. 71], his Motion for Enforcement of Court's 1-12-07 Order [doc. 69] and his Petition for Writ of Habeas Corpus Ad Testificandum [doc. 70]. By Order [doc. 75] dated April 23, 2007, this Court issued rulings on Plaintiff's Motions Docs. 69 and 71. As regards Plaintiff's Motion Doc. 70, the trial of this case has been reset for July 9, 2007. As such, the Court will issue a writ of habeas corpus *ad testificandum* at the appropriate time. Therefore, the instant Motion is hereby deemed **MOOT**.

**SO ORDERED** this 27th day of April, 2007.

                                                                                    /s/ Eugene M. Bogen
                                                                                **U. S. MAGISTRATE JUDGE**